In the Matter of the Claim of MARION I. SWEATT, Respondent, v. ARTHUR L. FLEAHMAN, JR., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.